IN THE UNITED STATES DISTRICT COURT FOR THE **FILED**
EASTERN DISTRICT OF OKLAHOMA

APR 25 2013

PATRICK KEANEY
Clerk U.S District Court
By_____
Deputy Clerk

ANGELO R. SOLIS, )
)
Petitioner, )
)
v. ) CIV-13-184-RAW-KEW
)
E. SCOTT PRUITT, )
)
Respondent. )

## OPINION AND ORDER

Now before the court is Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **Oklahoma County**, Oklahoma, which is located within the territorial jurisdiction of the **Western District of Oklahoma**. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

ACCORDINGLY, pursuant to 28 U.S.C. § 2241(d), Petitioner's petition for a writ of habeas corpus is hereby **transferred** to the **Western District of Oklahoma** for all further proceedings.

IT IS SO ORDERED this 25th day of April 2013.

Ronald A. White
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE