# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED
APR 25 2013
PATRICK KEANEY
Clerk, U.S District Court
By_____
Deputy Clerk

| | |
|---|---|
| ANGELO R. SOLIS, | ) |
| Petitioner, | ) |
| v. | ) CIV-13-184-RAW-KEW |
| E. SCOTT PRUITT, | ) |
| Respondent. | ) |

## OPINION AND ORDER

Now before the court is Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **Oklahoma County**, Oklahoma, which is located within the territorial jurisdiction of the **Western District of Oklahoma**. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

ACCORDINGLY, pursuant to 28 U.S.C. § 2241(d), Petitioner's petition for a writ of habeas corpus is hereby **transferred** to the **Western District of Oklahoma** for all further proceedings.

IT IS SO ORDERED this 25th day of April 2013.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE